UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6103-CR-FERGUSON

18 U.S.C. § 1920
18 U.S.C. § 1001(a)(3)

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA )
)
v. )
)
AMY L. SMITH, )
        Defendant. )
)
_____)



### INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about June 26, 1997, at Fort Lauderdale, Broward County, and elsewhere within the Southern District of Florida, the defendant,

**AMY L. SMITH,**

knowingly and willfully falsified, concealed, and covered up a material fact, and made false, fictitious and fraudulent statements and representations, to wit: by falsely stating and representing on a Claim of Compensation On Account of Traumatic Injury or Occupational Disease that said

claim was for an injury not due to wilful misconduct or an intention to bring about her injury, in connection with an application for receipt of compensation and other benefits and payments, said benefits exceeding $1,000.00, all in violation of Title 18, United States Code, Section 1920.

## COUNT II

On or about May 15, 1997, at Ft. Lauderdale, Broward County, in the Southern District of Florida, the defendant,

**AMY L. SMITH,**

in a manner within the jurisdiction of the executive branch of the government of the United States, to wit: the Federal Aviation Administration, United States Department of Transportation, did knowingly and willfully make and use a false writing and document, knowing the same to contain a materially false, fictitious and fraudulent statement, to wit: a Form CA-1, Federal Employee's Notice of Traumatic Injury and Claim for Continuation of Pay/Compensation, in which she

asserted that she was incapacitated for her duties as an Air Traffic Control Specialist due to a work-related, accidental injury, when in truth and in fact and as defendant than and there well knew, the injury in question was self-inflected; all in violation of Title 18, United States Code, Section 1001(a)(3).

A TRUE BILL

FOREPERSON

THOMAS E. SCOTT
UNITED STATES ATTORNEY

TERESA J. DAVENPORT
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA  CASE NO. 00-6103-CR-FERGUSON

v.

AMY L. SMITH

**CERTIFICATE OF TRIAL ATTORNEY***

MAGISTRATE JUDGE
SNOW

**Superseding Case Information:**

New Defendant(s)   Yes ___  No _X_
Number of New Defendants  ___
Total number of counts  ___

**Court Division:** (Select One)

___ Miami    ___ Key West
_X_ FTL      ___ WPB  ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No) No
   List language and/or dialect ___

4. This case will take _3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                         (Check only one)

   I    0 to 5 days    _X_        Petty      ___
   II   6 to 10 days   ___        Minor      ___
   III  11 to 20 days  ___        Misdem.    ___
   IV   21 to 60 days  ___        Felony     _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) ___
   If yes:
   Magistrate Case No. ___
   Related Miscellaneous numbers: ___
   Defendant(s) in federal custody as of ___
   Defendant(s) in state custody as of ___
   Rule 20 from the ___  District of ___

   Is this a potential death penalty case? (Yes or No) No

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _X_ Yes ___ No   If yes, was it pending in the Central Region? ___ Yes _X_ No

                                    _____
                                    TERESA J. DAVENPORT
                                    ASSISTANT UNITED STATES ATTORNEY
                                    Florida Bar No. 0915180

*Penalty Sheet(s) attached                                    REV.4/7/99

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**00-6103 CR-FERGUSON**

Defendant's Name: AMY L SMITH          Case No

MAGISTRATE JUDGE
SNOW

Count #:I

Title 18 U.S.C., Section 1920

Fraud to obtain federal employee's compensation

*Max. Penalty: 5 years imprisonment

Count # II

Title 18 U.S.C. Section 1001

False Statements

*Max. Penalty:   5 years imprisonment

Count #:

*Max Penalty:
Count #

*Max. Penalty:
Count #

*Max Penalty:

**Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FL.-MIAMI

00 APR 25 PM 3: 46

GRAND JURY INDICTMENT NO.