AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

SOUTHERN **DISTRICT OF** FLORIDA

UNITED STATES OF AMERICA
V.
AMY L. SMITH

**00 - 6103 CR-FERGUSON**

**WARRANT FOR ARREST**

CASE NUMBER: MAGISTRATE JUDGE SNOW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___AMY L. SMITH___
<br>Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Making a false claim for compensation and making false statements, in violation of 18 U.S.C. Sections 1920 and 1001.

in violation of Title __18__ United States Code, Section(s) __1920 and 1001__

ROBERT L. DUBÉ
Name of Issuing Officer

ROBERT L. DUBÉ
UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

Signature of Issuing Officer

25 April 2000
Date and Location

Bail fixed at $ 100,000 CSB      by ROBERT L. DUBÉ
<br>Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### BOND RECOMMENDATION

DEFENDANT: AMY L. SMITH

CORPORATE SURETY  $100,000
(Surety, Recognizance, Corp. Surety, Cash) (Jail)
CSB  (No Bond) (Warrant) (Summons) (Marshal's Custody)

By: _Teresa J. Davenport_
TERESA J. DAVENPORT
ASSISTANT UNITED STATES ATTORNEY

Last Know Address: _____

What Facility: _____

Agent(s):  DEPARTMENT OF LABOR- JAMES STONE
FAA- DONNA LIPUMA
(FBI)  (SECRET SERVICE)  (DEA)  (IRS)  (CUSTOMS)  (OTHER)