COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: AMY L. SMITH (surrender)    CASE NO: 00-6103-CR-FERGUSON
AUSA: TERESA DAVENPORT            ATTY: Alan Ross - perm
AGENT: FAA                        VIOL: 18:1920; 18:1001(a)(3)
PROCEEDING I/A ON INDICTMENT      RECOMMENDED BOND 100,000 CSB
BOND HEARING HELD - (yes)/no      COUNSEL APPOINTED
   BOND SET @ 100,000 PSB

   SPECIAL CONDITIONS:

1) To be cosigned by:
2) Rpt to PTS 3 x's a (wk)/month by phone; ___ x's a wk/month in person
3) Travel restricted to: SD/FL
4) deft not to enter FAA facility w/out an escort once she is placed on admin leave

deft advised of charges - permanent counsel present

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:
                          PTD/BOND HRG:
                          PRELIM/ARRAIGN:
                          REMOVAL HRG:
                          STATUS CONF: 5-11 / 11  BSS

Date: 4-26-00   Time: 11:00   FTL/LSS TAPE #00- 021   Begin: 1411   End: 2165