UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6103-CR-FERGUSON

UNITED STATES OF AMERICA

vs

AMY L. SMITH

ARRAIGNMENT INFORMATION SHEET

*FILED by [signature] D.C. APR 26 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on APRIL 26, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:          Address: __ON BOND FORM__

                   Telephone:_____

DEFENSE COUNSEL:    Name: __ALAN ROSS, ESQ.__

                   Address:_____

                   Telephone:_____

BOND SET/CONTINUED:  $___100,000 PERSONAL SURETY___

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this __26TH__ day of __APRIL__, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: [signature] Penny Butler
Deputy Clerk

Tape No. 00-021

cc: Copy for Judge
    U. S. Attorney