UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # **55284-004**

UNITED STATES OF AMERICA )
        Plaintiff ) Case Number: CR **00-6103-CR-FERGUSON**
                                   ) REPORT COMMENCING CRIMINAL
  -vs-                           ) ACTION
                                   )
**AMY LOUISE SMITH** )
        Defendant

*************************************************
TO: Clerk's Office    MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court               (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
*************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: **4-26-00**    am/pm

(2) Language Spoken: **ENGLISH**

(3) Offense(s) Charged: **FRAUD FALSE STATEMENT**

(4) U.S. Citizen [X] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: **10-8-54**

(6) Type of Charging Document: (check one)
    [X] Indictment  [ ] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: **SD/FL**

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: _____ (9) Arresting Officer: _____

(10) Agency: _____ (11) Phone: _____

(12) Comments: _____