AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

___SOUTHERN___ DISTRICT OF ___FLORIDA___

UNITED STATES OF AMERICA
V.
AMY L. SMITH

**00 - 6103 CR-FERGUSON**

WARRANT FOR ARREST

CASE NUMBER: MAGISTRATE JUDGE SNOW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___AMY L. SMITH___
                                          Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Making a false claim for compensation and making false statements, in violation of 18 U.S.C. Sections 1920 and 1001.

in violation of Title ___18___ United States Code, Section(s) ___1920 and 1001___

___ROBERT L. DUBÉ___
Name of Issuing Officer

ROBERT L. DUBÉ
UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

Signature of Issuing Officer

25 April 2000
Date and Location

Bail fixed at $ _10,000 CSB_   by ___ROBERT L. DUBÉ___
                                     Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at ___Self Surrender – Ft. Lauderdale, FL___ |

| DATE RECEIVED<br>4/25/2000 | NAME AND TITLE OF ARRESTING OFFICER<br>James A. Tassone, US Marshal | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST<br>4/26/2000 | FOR:  FAA | Fred Depompa, SDUSM |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: Amy L. Smith

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: FAA, Fort Lauderdale, Florida

PLACE OF BIRTH: _____

DATE OF BIRTH: October 8, 1954

SOCIAL SECURITY NUMBER: 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

HEIGHT: _____  WEIGHT: _____

SEX: Female  RACE: Cauc.

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____