DEFT: Amy Smith (no deft)　　CASE NO: 00-6103-CR-Ferguson
AUSA: Theresa Davenport /present/　　ATTNY: Alan Ross *not present*
AGENT: ___　　VIOL: ___
PROCEEDING: Status Conference　　BOND REC: ___

FILED
MAY 11 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

BOND HEARING HELD - yes/no　　COUNSEL APPOINTED: ___
BOND SET @ ___
CO-SIGNATURES: ___
SPECIAL CONDITIONS: ___

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House ___
___ Electronic Monitoring ___

Atty. Ross called and said that he could not attend this morning's hearing. He also said that there were no "hold-ups" in the case and that everything was "proceeding fine".

Discovery is available
No motion
Not Ready
3-4 days.
No plea

NEXT COURT APPEARANCE:　DATE:　TIME:　JUDGE:
INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR REMOVAL: ___
STATUS CONFERENCE: ___

DATE: 5-11-00　TIME: 11:00am　TAPE # 00-035　PG # 2
641-675