UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6103-CR-FERGUSON

UNITED STATES OF AMERICA,

VS.

AMY SMITH,

    Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on May 11, 2000. At that conference, the parties informed the Court as follows:

1.     The Government indicated that it has complied with its obligations under the Standing Discovery Order and that there are no motions currently pending. The Government further represented that it will soon be meeting with defense counsel in a discovery conference. The Government is ready to proceed and anticipates that this matter will require three to four days to try. A plea agreement is not anticipated.

2.     Defense counsel informed the Court that pretrial preparations were proceeding well.

DATED at Fort Lauderdale, Florida this \_\_\_ day of May 2000.

BARRY S. SELTZER
United States Magistrate Judge

1

Copies to:

Honorable Wilkie D. Ferguson, Jr.
United States District Judge

Theresa Davenport, Esquire
Assistant United States Attorney

Alan Ross, Esquire
Robbins Tunkey Ross, et al.,
2250 SW 3rd Avenue
Miami, Florida 33129-2066
Attorney for Defendant