UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6103-CR-FERGUSON
MAGISTRATE JUDGE SNOW

| UNITED STATES OF AMERICA | ) |
|---|---|
| Plaintiff | ) |
| vs, | ) |
| AMY SMITH, | ) |
| Defendant. | ) |

NOTICE OF UNAVAILABILITY

The United States of America, by and through the undersigned Assistant United States Attorney, files this Notice of Unavailability for the following times and reasons, and would request that no court hearings, discovery meetings, or motions be filed during this time:

    May 30-June 2, 2000- Teaching at University of San Francisco School
    Of Law Intensive Trial Advocacy Program,
    School has prepaid ticket

    June 16- July 7, 2000 Annual Training with United States Naval Reserve
    Sigonella, Sicily and Naples, Italy
    On Active Duty as Military judge

    Respectfully submitted,
    THOMAS E. SCOTT
    UNITED STATES ATTORNEY

    By: _____
    Teresa J. Davenport
    Assistant U.S. Attorney
    Suite 329
    99 N.E. 4th Street
    Miami, Florida 33132



I hereby certify that I provided a copy of this Notice of Unavailability to Alan S. Ross, Esquire, Robbins, Tunkey, Ross, Amsel, Raben & Waxman, P.A., 2250 Southwest Third Avenue, Miami, Florida 33129-2095 this 14th day of May, 2000.

Teresa J. Davenport
Assistant U.S. Attorney