**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE ___WILKIE D. FERGUSON, JR.___ Presiding

Case No. __00-6103-CR-WDF__   Date: __6/12/00__

Clerk: ___Deloris McIntosh___ Reporter: _Paul Haferling_

USPO: _____ Interpreter: _None_

UNITED STATES OF AMERICA vs. _Amy L. Smith (B)_

AUSA: _Teresa Davenport_
Defendant(s) Counsel: _Alan Ross_

Defendant(s) Present___ Not Present__ In Custody__
Reason for hearing: _Calendar Call_

Result of hearing: _Reset for late September._

Case Continued to: _____ Time:_____ A.M. For: _____

