| | UNITED STATES DISTRICT COURT |
|---|---|
| UNITED STATES OF AMERICA, | SOUTHERN DISTRICT OF FLORIDA |
| Plaintiff, | |
| Vs. | Case No. 00-6103-CR-FERGUSON |
| AMY L. SMITH, | JUN 16 2000 |
| Defendants. | |

## ORDER GRANTING MOTION TO CONTINUE TRIAL

THIS CAUSE is before the Court on the above-mentioned motion filed, by defendants, on June 12, 2000. The Court having considered the motion and advise of the government that it does not oppose such a motion. Therefore, it is

**ORDERED AND ADJUDGED** that the motion is **GRANTED**

The trial is continued to the two-week period commencing **September 25, 2000 and Calendar Call is scheduled for 3:15 p.m. on Monday, September, 18, 2000**, before the Honorable Wilkie D Ferguson, Jr, United States District Judge, in Courtroom 207A, 2nd Floor, Federal Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida.

The Court finds that the interest of justice served by granting a continuance to allow counsel for the defendant reasonable time necessary for effective preparation for trial outweighs any interest of the public or the defendant in a speedy trial. The Court finds the period of delay from (6/12/00 to 9/25/00) excludable in calculating the period within which trial must commence under the Speedy Trial Act. See, 18 U.S.C. Section 3161 (h)(B)(iv).

**DONE AND ORDERED** at Fort Lauderdale, Florida this _____ day of June 2000.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

Teresa Davenport, AUSA, Alan Ross, Esq.,