**SENTENCING MINUTES**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE # __00-6103-CR-WDF__

DEFENDANT __Omy Smith__     JUDGE __WILKIE D. FERGUSON__

Deputy Clerk __TROY T. WALKER__     DATE __September 25, 2000__

Court Reporter __Paul Haferling__     USPO _____

AUSA __J. Davenport__     Deft's Counsel __Allen Ross, Esq__

COUNTS DISMISSED __All Others__

_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

FILED by _____ D.C.

_____ Sentencing cont'd until __/ /__ at _____ AM / PM

SEP. 2 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**JUDGMENT AND SENTENCE**

| Imprisonment | Years | Months | Counts |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Supervised Release _____

| Probation | Years | Months | Counts |
|---|---|---|---|
| | 2 | | One |
| | | | |

Comments __(See J & C for details)__

Assessment $ __100.00__     Fine $ __None__

Restitution /Other __$ 28,031.39__

**CUSTODY**

_____ Remanded to the Custody of the U. S. Marshal Service     _____ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/ /__

Commitment Recommendation: _____

