# United States District Court
## Southern District of Florida

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| AMY SMITH, (J) 55284-004 | Case Number: 0:00CR06103-001 |
| | Teresa Davenport, AUSA / Allen Ross, Esq |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s)    **One of the Indictment**

☐ pleaded nolo contendere to count(s) which was accepted by the court.

☐ was found guilty on count(s) after a plea of not guilty.

SEP 28 2000

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 1920 | Falsely stating and representing on a Claim of Compensatin On Account of Traumatic Injury or Occupational Disease. | 06/26/1997 | |

The defendant is sentenced as provided in pages 2 through __4__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has been found not guilty on count(s) _____ N/A _____

☒ Count(s) ___**All Others**___ are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | | | |
|---|---|---|---|
| Defendant's Soc. Sec. No.: | 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 | | 09/25/2000 |
| Defendant's Date of Birth: | 10/08/1954 | | Date of Imposition of Judgment |
| Defendant's USM No.: | 55284-004 | | |

Defendant's Residence Address:
**1983 S.W. 28th Lane**
**Apt A**
**Fort Lauderdale          FL     33312**

Signature of Judicial Officer

**WILKIE D. FERGUSON, JR.,**
**UNITED STATES DISTRICT JUDGE**
Name & Title of Judicial Officer

Defendant's Mailing Address:
**1983 S.W. 28th Lane**
**Apt A**
**Fort Lauderdale          FL     33312**

9/27/00
Date

22



'00 OCT 16 A9:55

FILED

No further action required by
the U.S. Marshals Service.

JAMES A. TASSONE
UNITED STATES MARSHAL

SDUSM

ED. PURCHASE