PROB 12A  
(SD/FL 10/01)

SD/FL PACTS No. 63682

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. <u>0:00CR06103-001</u>

FILED by _____ D.C.  
APR 24 2002  
CLARENCE MADDOX  
CLERK U.S. DIST. CT.  
S.D. OF FLA. FT. LAUD.

### REPORT ON OFFENDER UNDER SUPERVISION

Name of Offender: SMITH, Amy L.

Name of Sentencing Judicial Officer: The Honorable Wilkie D. Ferguson, Jr., U.S. District Judge

Date of Original Sentence: September 27, 2000

| | |
|---|---|
| Original Offense: | Falsely Stating and Representing on a Claim of Compensation on Account of Traumatic Injury or Occupational Disease, a violation of Title 18 U.S.C. § 1920. |
| Original Sentence: | Sentenced to two (2) years probation, with the following special conditions: (1) Special Assessment in the amount of $100.00; (2) Restitution in the amount of $28,031.30. |

Type of Supervision: Probation        Date Supervision Commenced: September 27, 2000

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Special Condition**, by failing to satisfy the court-ordered restitution. On September 27, 2000, restitution in the amount of $28,031.39 was ordered by the Court, and the probationer has failed to satisfy this financial obligation as ordered. |

U.S. Probation Officer Action:

 Since the probationer commenced her supervision in September 2000, she has made consistent payments of $100.00 per month towards her restitution. As of April 8, 2002, Ms. Smith has a balance of $26,531.00 remaining. This U.S. Probation Officer recently reassessed her ability to pay, which revealed she has the capacity to pay $25.00 per month towards her monetary obligation. Ms. Smith is unemployed and is currently receiving disability benefits. Ms. Smith signed a Consent Agreement, agreeing to continue to pay $25.00 per month upon her termination of supervision.

 The U.S. Probation Office recommends that no action be taken, and the probationer be permitted to terminate her supervision as scheduled on September 24, 2002. Should Your Honor be



PROB 12A                                                              SD/FL PACTS No. 63682
(SD/FL 10/01)

opposed to our recommendation, the U.S. Probation Office asks for direction from the Court.

                                                    Respectfully submitted,

                                    by         *[signature]*

                                                    Marisa R. DeNeve
                                                    U.S. Probation Officer
                                                    Phone: (954) 769-5589
                                                    Date: April 8, 2002

_____

[X]   Concur with action(s) taken by the U.S. Probation Officer
[ ]   Submit a Request for Modifying the Conditions or Term of Supervision
[ ]   Submit a Request for _ Warrant or _ Summons

                        _____
                          Signature of Judicial Officer

                        04/24/02
                        _____
                                     / Date